Case 3:25-cv-00402-JWD-EWD    Document 52    04/25/25    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2025

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID LEE ROY KING

*Plaintiff*

v.

STATE OF LOUISIANA, LOUISIANA DEPARTMENT OF LICENSING, AND IBERVILLE PARISH

*Defendant*

Civil Action No. 1:24-CV-3180-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court Order at ECF No. 51, The Louisiana Defendants' Motion to Dismiss, ECF No. 40, is GRANTED. Plaintiff's claims against the Louisiana Defendants are DISMISSED. Plaintiff's Motion to Dismiss, ECF No. 44, is DENIED as moot. Judgment is entered in favor of Louisana Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: 4/25/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony